UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADIHA MINER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE,<br><br>　　　　Defendant. | No. 2:19-cv-01574 JAM AC (PS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 21, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 9. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed October 22, 2019, are adopted in full; and

////

////

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. <u>See</u> Fed R. Civ. P. 41(b); Local Rule 110.

DATED: December 4, 2019

                                            <u>/s/ John A. Mendez</u>

                                            UNITED STATES DISTRICT COURT JUDGE